IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CORNAIL HILL,<br><br>               Defendant. | **8:08CR443**<br><br>**ORDER** |

Defendant Cornail Hill appeared before the court on Wednesday, March 4, 2015 on a Petition for Warrant for Offender Under Supervision [74]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Matthew R. Molsen on behalf of John E. Higgins. Defendant waived his right to a preliminary examination. The government moved for detention. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 7, 2015 at 9:30 a.m. Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

Dated this 5th day of March, 2015

                                                      BY THE COURT:

                                                      s/ F.A. Gossett, III
                                                      United States Magistrate Judge