IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 JUL 15 AM 9:04

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR443-1 |
| Plaintiff, | ) | |
| v. | ) | ORDER EXTENDING DATE FOR DEFENDANT'S SELF SURRENDER |
| CORNAIL HILL, | ) | |
| Defendant. | ) | |

Before the Court is the Defendant's oral motion to extend the date for his self surrender. The Court is informed that the Bureau of Prisons has not yet made a designation for the Defendant.

Therefore, IT IS ORDERED THAT the Defendant shall report to the institution designated by the Bureau of Prisons by 2:00 p.m. on October 3, 2016, and pending such self surrender, the Defendant's conditions of pretrial release shall remain in full force and effect.

So ordered this 15 Day of July, 2016.

Laurie Smith Camp
Chief United States District Judge

